O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALGARIN, | ) Case No. CV 18-3521-JGB (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| STEVE LANGFORD, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. Indeed, the Court's recent mailings to Petitioner, including the Report and Recommendation, have been returned as undeliverable, indicating that Petitioner has been "released." He has not filed a change of address as required. See C.D. Cal. R. 41-6. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and Judgment be entered dismissing this action without prejudice.

DATED: January 23, 2019

JESUS G. BERNAL
U.S. DISTRICT JUDGE