JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALGARIN, | ) Case No. CV 18-3521-JGB (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| STEVE LANGFORD, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 23, 2019

JESUS G. BERNAL
U.S. DISTRICT JUDGE